CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 30 2010

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY DEAN WALLACE, | ) |
| Petitioner, | ) Civil Action No. 7:09cv00426 |
| | ) **FINAL ORDER** |
| v. | ) |
| LARRY W. JARVIS, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**, petitioner's petition is **DISMISSED**, and this action is **STRICKEN** from the court's docket.

The court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1) and **DENIES** a certificate of appealability.

**ENTER:** This July 30, 2010.

_____
UNITED STATES DISTRICT JUDGE